1  DYLAN RUGA (SBN 235969)
   *dylan@stalwartlaw.com*
2  JI-IN LEE HOUCK (SBN 280088)
3  *jiin@stalwartlaw.com*
   ALLEN G. HAROUTOUNIAN (SBN 291945)
4  *allen@stalwartlaw.com*
5  STALWART LAW GROUP
   1100 Glendon Ave., Suite 1840
6  Los Angeles, California 90024
7  Telephone: (310) 954-2000
8
   CHARLENE MINX (SBN 246349)
9  *charlene@minxlaw.com*
10 MINX LAW
   520 Broadway, Suite 200
11 Santa Monica, California 90401
12 Telephone: (424) 250-8068
13
   Attorneys for Plaintiff
14 NANJING KAPEIXI NETWORK
15 TECHNOLOGY CO., LTD d/b/a CUPSHE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANJING KAPEIXI NETWORK TECHNOLOGY CO., LTD d/b/a CUPSHE,<br><br>Plaintiff,<br>vs.<br><br>SHEIN FASHION GROUP, INC., SHEIN GROUP LIMITED, SHEIN GROUP UK LIMITED, and DOES 1-10, inclusive.<br><br>Defendants. | Case No.: 2:18-cv-08942-DSF-SK<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)(A)(ii)]**<br><br><br>Action Filed: October 16, 2018<br>Trial Date: None |

STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nanjing Kapeixi Network Technology Co. Ltd d/b/a Cupshe and Defendant Shein Fashion Group, Inc. hereby stipulate that all claims in this action be dismissed with prejudice. Each party to pay its own attorneys' fees and costs.

*Respectfully submitted,*

Dated: March 26, 2019        STALWART LAW GROUP

By: /s/ Dylan Ruga          .
DYLAN RUGA
JI-IN LEE HOUCK

Attorneys for Plaintiff Nanjing Kapeixi Network Technology Co., Ltd d/b/a Cupshe

Dated: March 26, 2019        GREENBERG TRAURIG, LLP

By: /s/ Valerie W. Ho          .
VALERIE W. HO
REBEKAH S. GUYON

Attorneys for Defendants Shein Fashion Group, Inc.

*Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Valerie W. Ho, on whose behalf this filing is jointly submitted, concurs in this filing's content and has authorized me to file this document.*

DATED: March 26, 2019        STALWART LAW GROUP

By: /s/ Dylan Ruga
DYLAN RUGA

2
STIPULATION FOR DISMISSAL